

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2016

No. 04-16-00022-CV

Kenneth H. **TARR**,
Appellant

v.

**TIMBERWOOD PARK OWNERS ASSOCIATION INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2014CV02779
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On June 3, 2016, appellant Kenneth H. Tarr filed a Motion to Strike Portions of Appellee's Brief. After reviewing the motion, we ORDER the motion carried with the appeal. The motion will be ruled upon when the appeal is submitted and decided.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court